UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ABRAHAM,

       Plaintiff,                     CIVIL ACTION NO. 10-CV-10859

vs.

                                            DISTRICT JUDGE NANCY G. EDMUNDS

INTERNATIONAL UNION, UAW,     MAGISTRATE JUDGE MONA K. MAJZOUB
et al.,

       Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR PRETRIAL HEARING (DOCKET NO. 22)

This matter comes before the Court on the Motion for Pretrial Hearing filed by Plaintiff on January 4, 2011. (Docket no. 22). Defendants have not filed a response to the motion and the time for responding has now expired. All pretrial matters have been referred to the undersigned for action. (Docket nos. 4, 13). The Court dispenses with oral argument on the motion pursuant to E.D. Mich. LR 7.1(f). This matter is now ready for ruling pursuant to 28 U.S.C. § 636(b)(1)(A).

Plaintiff asks the Court to "expediently move this motion to pre-trial" unless the Defendant is willing to agree to a settlement. The Court entered a Scheduling Order on April 20, 2010 setting cutoff dates for discovery and dispositive motions. (Docket no. 5). Defendants filed a Motion for Summary Judgment in accordance with the Scheduling Order. (Docket no. 12). Plaintiff also filed a Motion for Summary Judgment although it was filed outside of the dispositive motion cutoff date. (Docket no. 15). The motions are currently pending before the Court. The Court will enter an Amended Scheduling Order setting dates for the Final Pretrial Statement and Final Pretrial Conference at a future date if appropriate.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Pretrial Hearing (docket no. 22) is **DENIED**.

### NOTICE TO THE PARTIES

Pursuant to Federal Rule of Civil Procedure 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: April 20, 2011                s/ Mona K. Majzoub
                                     MONA K. MAJZOUB
                                     UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon William Abraham and Counsel of Record on this date.

Dated: April 20, 2011                s/ Lisa C. Bartlett
                                     Case Manager